

Vacated and remanded with directions.

ON PETITION FOR REHEARING AND PETITION FOR RE-HEARING EN BANC

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

James A. Lewis, John C. Brittain, Jr., Oxford, Miss., for plaintiffs-appellants.

W. P. Mitchell, Mitchell, Rogers & Eskridge, Tupelo, Miss., for defendants-appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Evoila Wilson POUND, on behalf of her son David Lee Pound et al., Plaintiffs-Appellants,**

v.

**Charles HOLLADAY, as Superintendent of Education of the Tupelo Municipal Separate School District et al., Defendants-Appellees.**

No. 71-1434
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 22, 1971.

**UNITED STATES of America, Plaintiff-Appellant,**

v.

**2,456.06 ACRES OF LAND, MORE OR LESS, SITUATED IN AUTAUGA AND LOWNDES COUNTIES, STATE OF ALABAMA, and Don McQueen Smith et al., Defendants-Appellees.**

No. 71-1018.

United States Court of Appeals,
Fifth Circuit.

June 25, 1971.

Shiro Kashiwa, Asst. Atty. Gen., Raymond N. Zagone, Carl Strass, Attys., Dept. of Justice, Washington, D. C., Ira De Ment, U. S. Atty., F. E. Leonard, Jr.,

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.